# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4144

_____

| | |
|---|---|
| Larry C. Larue, | * |
| | * |
| Petitioner, | * |
| | * Appeal from the United States |
| v. | * Tax Court. |
| | * |
| Commissioner of Internal Revenue, | * [UNPUBLISHED] |
| | * |
| Respondent. | * |

_____

Submitted: June 17, 1998
Filed: June 19, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Larry C. Larue appeals from the Tax Court's[1] dismissal of his petition contesting the Commissioner's deficiency determination concerning his federal income taxes. After carefully reviewing the record and the parties' submissions, we conclude dismissal was proper for the reasons the Tax Court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert N. Armen, Jr., United States Tax Court Judge.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.